FILED

04/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0571

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TRISTAN MICHAEL LANGFORD,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 31, 2024 within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed and dated as indicated below.

ORDER - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2024